UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                    )
                          )
HARVEY MEISTER,           )    No. 19-71472
                          )    Chapter 7
          Debtor.         )

## PETITION FOR ADJUDICATION OF CIVIL CONTEMPT

Now comes Jeffrey D. Richardson, Chapter 7 Trustee, and for his petition against the Debtor, Harvey Meister, respectfully states that:

1. The Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on October 9, 2019.

2. I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3. At the time the Debtor filed his bankruptcy, the Debtor scheduled $213,000.00 in prepetition accounts receivable from his sole proprietorship business, no portion of which were claimed as exempt and no exemptions for which are available to the Debtor.

4. Without permission of this Court or authorization by me as the Debtor's bankruptcy Trustee, the Debtor has proceeded to collect and liquidate during the bankruptcy approximately $230,000.00 in prepetition receivables in order to pay the ongoing bills and expenses of his business.

5. The Debtor's conduct constitutes a violation of the automatic stay, and the Debtor is in indirect civil contempt of this Court for his violation of the automatic stay.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that:

1. The Debtor, Harvey Meister, be found in indirect civil contempt of this Court for his violations of the automatic stay set forth above.

2. The Debtor be sanctioned for his contempt and order to repay to the bankruptcy estate

all prepetition receivable amounts which the Debtor took and converted as set forth above.

3. The Debtor be sanctioned for his contempt, including the assessment of attorney's fees in connection with this matter.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Tel: 217/425-4082
E-mail: jdrdec@aol.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January 16, 2020 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. James T. Finegan

/s/ Jeffrey D. Richardson