UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
HARVEY MEISTER,                     )     No. 19-71472
                                    )     Chapter 7
        Debtor.                     )

## MOTION TO COMPROMISE ADVERSARY CASE NO. 20-07012

NOW COMES Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, and for his Motion respectfully states as follows:

1. The Debtor, Harvey Meister, filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on October 9, 2019.

2. I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3. As part of my investigation of the Debtor's financial affairs I filed an Adversary Complaint on May 5, 2020 against the Defendant, PressSense Film, LLC, seeking recovery of $7,564.98 plus court costs under 11 U.S.C. §§547 and 550.

4. Since the adversary case was filed I have been in communication with the attorney for the Defendant and subject to the approval of this Court we have agreed to compromise the preference claim at 90% of the amount claimed plus court costs which is $6,808.48 as the preference recovery and $350.00 for the court costs.

5. I recommend the aforesaid settlement to the Court.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee respectfully prays that the Court authorize the undersigned Trustee to settle Adversary Case No. 20-07012 for the sum of $7,158.48.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082
E-mail: jdrdec@aol.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on June 23, 2020, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Ms. Debra Babu
Mr. Jonathan A. Backman
Mr. James T. Finegan
Mr. Jeffrey E. Krumpe
Ms. Nisha Bhupendra Parikh
Ms. Laura Richardson
Ms. Colleen G. Thomas

/s/ Jeffrey D. Richardson