UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                          )
                                )
HARVEY MEISTER,                 )   No. 19-71472
                                )   Chapter 7
        Debtor.                 )

## MOTION FOR TURNOVER ORDER

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Application respectfully states as follows:

1. The Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on October 9, 2019.

2. I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3. The Debtor holds stock in Met Life which he identifies as "Met Life Policy holder trust".

4. At the time the Debtor filed his bankruptcy the Debtor valued this asset at $3,185.00 and claimed $140.94 as exempt under 735 ILCS 5/12-1001(b).

5. The Debtor also was the sole owner a 2006 Chevrolet Express which is unencumbered and not claimed as exempt.

WHEREFORE, Jeffrey D. Richardson, Trustee, respectfully prays that:

1. The Debtor turn over the aforesaid Met Life stock to the undersigned for sale subject to the Debtor's claim of exemption.

2. The Debtor turn over the aforesaid 2006 Chevrolet Express together with the title and keys for sale by the Trustee.

        /s/ Jeffrey D. Richardson
        JEFFREY D. RICHARDSON
        Chapter 7 Trustee
        Registration No. 02330067
        132 South Water Street, Suite 444
        Decatur, IL 62523
        Tel: 217/425-4082
        E-mail: jdrdec@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on August 3, 2020 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Ms. Debra Babu
Mr. Jonathan A. Backman
Mr. Richard W. Engel
Mr. James T. Finegan
Mr. Caleb T. Holzaepfel
Mr. Jeffrey E. Krumpe
Ms. Nisha Bhupendra Parikh
Ms. Laura Richardson
Ms. Colleen G. Thomas

        /s/ Jeffrey D. Richardson