UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
HARVEY MEISTER,                     )        No. 19-71472
                                    )        Chapter 7
                    Debtor.         )

## **MOTION TO COMPROMISE WITH CITIZENS BANK OF CHATSWORTH**

NOW COMES Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, by one of his attorneys, and for his Motion respectfully states as follows:

1.     The Debtor, Harvey Meister, filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on October 9, 2019.

2.     I serve as the Debtor's Chapter 7 bankruptcy Trustee.

3.     Citizens Bank of Chatsworth (hereinafter also referred to as "Citizens Bank") is the principle secured creditor of the Debtor in this bankruptcy case.

4.     Citizens Bank claims a blanket security interest in the Debtor's business assets to secure its loan(s) to the Debtor.

5.     One of the assets which Citizens Bank claims an interest in is the Debtor's accounts receivable.

6.     After filing his Petition, who is a sole proprietor, continued doing business in Bloomington and used pre-petition accounts receivable and spent those funds to primarily operate his business.

7.     As part of my duties as Trustee I have pursued and continue to pursue adversary proceedings against the Debtor's creditors to recover claimed preferences under 11 U.S.C. §547 and claimed unauthorized post-petition transfers to the Debtor's creditors under 11 U.S.C. §549.

8. A dispute has arisen between myself and Citizens Bank as to whether the funds that I have recovered by those actions and continue to seek recovery of are subject to Citizens Bank's security interest and whether, as Trustee, I can settle claims with those creditors free and clear of any right Citizens Bank itself may have to pursue recovery with respect to those transfers.

9. Attached hereto as Exhibit "A" is an executed Settlement Agreement between Citizens Bank and myself which resolves the dispute as more fully set forth therein.

10. The Settlement Agreement provides for a payment of $15,000.00 from the bankruptcy estate to Citizens Bank in settlement of its claims to those funds and recoveries and, among other things, provides for a mutual release between myself as Trustee and Citizens Bank.

11. I recommend approval of the aforesaid settlement to the Court.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that the attached Settlement Agreement be approved by the Court and that the Trustee be authorized to make the settlement payment to Citizens Bank of $15,000.00.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Tel: 217/425-4082
E-mail: jdrdec@aol.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the above instrument was filed electronically with the Court on October 9, 2020 and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Ms. Debra Babu
Mr. Jonathan A. Backman
Ms. Samantha Ditore
Ms. Erin M. Edelman
Mr. Richard W. Engel
Mr. James T. Finegan
Mr. Caleb T. Holzaepfel
Mr. Jeffrey E. Krumpe
Ms. Nisha Bhupendra Parikh
Ms. Laura Richardson
Ms. Colleen G. Thomas

/s/ Jeffrey D. Richardson